UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR06-041-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| RICKY JENKS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:

Racketeer Influence and Corrupt Organization (RICO); Conspiracy to Commit RICO;

Date of Detention Hearing:    April 13, 2006

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant has been charged by Indictment with four co-defendants on RICO

DETENTION ORDER                                                                                           15.13
18 U.S.C. § 3142(i)                                                                                       Rev. 1/91
PAGE 1

charges relating to activities of the Washington Nomads Chapter of the Hells Angels Motorcycle Club, of which defendant is a member. The Indictment alleges that the Hells Angels was a highly organized criminal enterprise that adhered to a hierarchical chain of command, engaging in acts of violence, intimidation and assaults, including kidnaping, threats of violence, witness tampering, extortion, and interstate trafficking in stolen motor vehicles. As a full patch member, defendant is alleged to be responsible for carrying out the directives of the president and officers.

(2) The Indictment charges that as part of the pattern of RICO activity, the defendant and three co-defendants committed the crime of robbery by utilizing the use of immediate force, violence, or fear of injury, during the commission of which one of the defendants (not this defendant) was armed with a deadly weapon, and bodily injury was inflicted upon the victim during the commission of the robbery. Defendant is also charged with committing extortion in the first degree by obtaining property by threat of future bodily injury. Other defendants are charged with murder and conspiracy to commit murder, trafficking in stolen motorcycles and parts, extortion, mail fraud, interference with commerce by threats or violence, and witness tampering as part of the pattern of RICO activity.

(3) The defendant's criminal history includes a conviction for manslaughter in the 2nd degree for which he was on state supervision at the time of the instant alleged offense, and charges for Violence in Aid of Racketeering, Use of a Firearm in Commission of a Felony and Aiding and Abetting which are pending in the District of Nevada, for which the defendant is on pretrial supervision.

(4) The AUSA proffers that the nature of the instant charges are such that cooperating witness testimony will prove critical, and that some witnesses in the case have reported fear of

reprisals.  A co-defendant in this case has been charged with witness intimidation.

      (5)    The defendant has strong ties to the Spokane community in which he resides and the court does not find that he poses a risk of flight.  However, the defendant does pose a risk of danger due to the nature of the instant charges, his criminal history which suggests an increasing propensity for violence, and association with the Hells Angels Motorcycle Club.

      (6)    There does not appear to be any condition or combination of conditions that will reasonably address the danger to other persons or the community.

It is therefore ORDERED:

      (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

      (2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

      (3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

/ / /

DETENTION ORDER   15.13
18 U.S.C. § 3142(i)   Rev. 1/91
PAGE 3

01     (4)    The clerk shall direct copies of this Order to counsel for the United States, to
02     counsel for the defendant, to the United States Marshal, and to the United States
03     Pretrial Services Officer.
04 DATED this _13th_ day of _April_, 2006.

                                          */s/ Mary Alice Theiler*
                                          Mary Alice Theiler
                                          United States Magistrate Judge

DETENTION ORDER                 15.13
18 U.S.C. § 3142(i)                 Rev. 1/91
PAGE 4