1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　v.

RICHARD ALLEN FABEL,
RODNEY ROLLNESS,
JOSHUA BINDER,
RICKY JENKS, and
PAUL FOSTER

　　　　　Defendants.

Case No.  CR06-041L

ORDER DENYING
RECONSIDERATION OF DETENTION
ORDER

This matter comes before the Court on defendant Jenks' "Motion to Reopen and for Reconsideration of Detention Order" (Dkt. #388).  Jenks argues that the Court should reconsider its order of detention in light of the Government's decision to dismiss the Laughlin incident from the indictment.  Though Jenks' motion is proper given the changes to the indictment, the Court nevertheless concludes that detention is still appropriate for all of the other reasons offered in prior detention orders.  See, e.g. Detention Order (Dkt. #83). Defendant Jenks' motion (Dkt. #388) is DENIED.[1]

DATED this 30th day of January, 2007

_Mark S Lasnik_

Robert S. Lasnik
United States District Judge

---

[1] Because this matter can be decided on the memoranda, Jenks' request for oral argument is DENIED.