1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

_____
                                       )
9   UNITED STATES OF AMERICA,          )
                                       )          No. CR06-0041RSL
10                        Plaintiff,   )
          v.                           )
11                                     )          ORDER DENYING AS MOOT
    RICKY JENKS,                       )          DEFENDANT JENKS' MOTION FOR
12                                     )          JUDGMENT OF ACQUITTAL
                          Defendant.   )
13  _____)

14        This matter comes before the Court on "Defendant Jenks' Motion for Judgment of

15   Acquittal" (Dkt. #782).  In light of defendant Jenks' plea agreement and the pending sentencing

16   hearing set for December 20, 2007 (Dkt. ##854, 855), it is hereby ORDERED that defendant

17   Jenks' motion (Dkt. #782) is DENIED AS MOOT.

18        DATED this 27th day of November, 2007.

19

20

21              _Mark S Lasnik_

22              Robert S. Lasnik
                United States District Judge

23

24

25

26

ORDER DENYING AS MOOT DEFENDANT
JENKS' MOTION FOR JUDGMENT OF ACQUITTAL